UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE DAVIS,

        Plaintiff,

v.

Case No. 1:24-cv-252

Hon. Robert J. Jonker

UNKNOWN ALVIAR and
MICHIGAN DEPARTMENT OF
CORRECTIONS BUREAU OF
HEALTH CARE,

        Defendants.
_____/

**ORDER LIFTING STAY AND RE-OPENING CASE**

The Court stayed and administratively closed this case on January 24, 2025. *See* Order (ECF No. 20). At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

An amended case management order will issue.

**IT IS SO ORDERED**.

Dated: May 23, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge